## Commonwealth ex rel. Jackson, Appellant, *v.* Banmiller.

Submitted October 8, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*James Jackson,* appellant, in propria persona.

*Nicholas H. Larzelere,* Assistant District Attorney, and *Bernard E. DiJoseph,* District Attorney, for appellee.

OPINION PER CURIAM, January 21, 1958:

The order of the court below is affirmed on the opinion of Judge CORSON, as reported in 11 Pa. D. & C. 2d 296. See, also, *Commonwealth ex rel. Clawson v. Baldi,* 180 Pa. Superior Ct. 258, 119 A. 2d 874; *Commonwealth ex rel. Gryger v. Burke,* 173 Pa. Superior Ct. 458, 470, 98 A. 2d 380; *Commonwealth ex rel. Reese v. Claudy,*

170 Pa. Superior Ct. 488, 87 A. 2d 492; *Commonwealth ex rel. Quinn v. Smith,* 144 Pa. Superior Ct. 160, 19 A. 2d 504.